# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1152

_____

| | | |
|---|---|---|
| Nicie Dillehay, also known as | * | |
| Nicie Anne Smith, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Eastern |
| | * | District of Arkansas. |
| Michael J. Astrue, Commissioner | * | |
| of Social Security, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: December 23, 2009
Filed: December 28, 2009

_____

Before BYE, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Nicie Dillehay appeals the district court's[1] order affirming the denial of disability insurance benefits for the period from July 1999 until mid-January 2004. Having conducted de novo review of the relevant record and having carefully considered Dillehay's arguments for reversal, see Davidson v. Astrue, 578 F.3d 838, 841-42 (8th Cir. 2009) (standard of review), we agree with the district court that

_____

[1]The Honorable J. Leon Holmes, Chief Judge, United States District Court Judge for the Eastern District of Arkansas.

substantial evidence supports the administrative law judge's adverse decision. Accordingly, we affirm, <u>see</u> 8th Cir. R. 47B, and we grant appellee's motion to strike Dillehay's appendix.

_____